In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-469 CV


____________________



IN THE MATTER OF J.M.B.






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 04-04-02609 JV






MEMORANDUM OPINION


 We abated this appeal and remanded the case to the trial court on June 23, 2005. 
A supplemental record has been filed with the Court of Appeals. The appeal is reinstated.

 The appellant, J.M.B., filed a motion to dismiss this appeal. The Court finds that
this motion is voluntarily made by the appellant prior to any decision of this Court and
should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. 
The motion to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 ___________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered October 27, 2005 

Before McKeithen, C.J., Kreger and Horton, JJ.